UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHENG SAETERN, an individual<br><br>Plaintiff,<br><br>v.<br><br>AIRGAS USA, LLC; and DOES 1 through 50, inclusive,<br><br>Defendant. | Case No. 2:24-cv-00815-DAD-CKD<br><br>(Sacramento County Superior Court Case No. 23CV013666)<br><br>[PROPOSED] ORDER GRANTING DEFENDANT AIRGAS USA, LLC'S EX PARTE APPLICATION FOR ORDER TO SHORTEN TIME TO HEAR DEFENDANT'S MOTION TO COMPEL TYRIN FOSTER'S APPEARANCE AT DEPOSITION PURSUANT TO FRCP RULES 30, 45 AND LOCAL RULE 251(E)<br><br>Action Filed: December 18, 2023<br>Complaint Served: February 14, 2024 |

[PROPOSED] ORDER ON EX PARTE APPLICATION AND EX PARTE APPLICATION FOR ORDER TO SHORTEN TIME TO HEAR DEFENDANT'S MOTION TO COMPEL TYRIN FOSTER'S APPEARANCE AT DEPOSITION

316806963v.1

# **ORDER**

Pursuant to Defendant's Airgas USA, LLC's *Ex Parte* Application for an Order to Shorten Time to Hear Defendant's Motion to Compel Tyrin Foster's Appearance at Deposition Pursuant to FRCP Rules 30, 45 and Local Rule 251(e) Motion to Compel Tyrin Foster's Appearance at Deposition Pursuant to FRCP Rules 30 and 45 and Local Rule 251(e), the Court hereby orders that:

1. The Court GRANTS Defendant's Ex Parte Application for an Order to Shorten Time (ECF No. 12) to Hear Defendant's Motion to Compel.
2. Defendant's Motion to Compel (ECF No. 11) is ordered submitted upon the record and briefs on file.

**IT IS SO ORDERED.**

Dated:  March 21, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8, saet24cv0815.ost

1

[PROPOSED] ORDER ON EX PARTE APPLICATION AND EX PARTE APPLICATION FOR ORDER TO SHORTEN TIME TO HEAR DEFENDANT'S MOTION TO COMPEL TYRIN FOSTER'S APPEARANCE AT DEPOSITION

316806963v.1