UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHENG SAETERN, an individual<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>AIRGAS USA, LLC; and DOES 1 through 50, inclusive,<br><br>　　　　　Defendant. | Case No. 2:24-cv-00815-DAD-CKD<br><br>(Sacramento County Superior Court Case No. 23CV013666)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT AIRGAS USA, LLC'S EX PARTE APPLICATION FOR ORDER TO SHORTEN TIME TO HEAR DEFENDANT'S RENEWED MOTION TO COMPEL TYRIN FOSTER'S APPEARANCE AT DEPOSITION**<br><br>Action Filed: December 18, 2023<br>Complaint Served: February 14, 2024<br><br>Trial Date: March 9, 2026 |

[PROPOSED] ORDER ON EX PARTE APPLICATION FOR ORDER TO SHORTEN TIME TO HEAR DEFENDANT'S RENEWED MOTION TO COMPEL TYRIN FOSTER'S APPEARANCE AT DEPOSITION

317285057v.1

# ORDER

Pursuant to Defendant's Airgas USA, LLC's *Ex Parte* Application for an Order to Shorten Time to Hear Defendant's Renewed Motion to Compel Tyrin Foster's Appearance at Deposition Pursuant to FRCP Rules 30, 45 and Local Rule 251(e), the Court hereby orders that:

1. The Court GRANTS Defendant's Ex Parte Application for an Order to Shorten Time (ECF No. 19).
2. Defendant's Motion to Compel filed April 22, 2025 is ordered submitted on the record and materials on file.

**IT IS SO ORDERED.**

Dated: April 23, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8, saet24cv0815.st2

1

[PROPOSED] ORDER ON EX PARTE APPLICATION FOR ORDER TO SHORTEN TIME TO HEAR DEFENDANT'S RENEWED MOTION TO COMPEL TYRIN FOSTER'S APPEARANCE AT DEPOSITION

317285057v.1