UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHENG SAETERN, an individual<br><br>Plaintiff,<br><br>v.<br><br>AIRGAS USA, LLC; and DOES 1 through 50, inclusive,<br><br>Defendant. | Case No. 2:24-cv-00815-DAD-CKD<br><br>(Sacramento County Superior Court Case No. 23CV013666)<br><br>**[PROPOSED] ORDER GRANTING RENEWED MOTION TO COMPEL TYRIN FOSTER'S APPEARANCE AT DEPOSITION**<br><br>Action Filed: December 18, 2023<br>Trial Date: March 9, 2026 |

# ORDER

Pursuant to Defendant's Motion to Compel Tyrin Foster's Appearance at Deposition Pursuant to FRCP Rules 30 and 45 and Local Rule 251(e), the Court hereby orders that:

1. The Motion to Compel (ECF No. 17) is GRANTED.

2. Non-party Tyrin Foster shall appear for his deposition on May 9, 2025, at 9:30 am at Seyfarth Shaw's Sacramento office located at 400 Capitol Mall, Suite 2350, Sacramento, California 95814.  Mr. Foster is ordered to bring with him and produce the documents set forth in the subpoena that he was personally served with on February 24, 2025.

3. The Clerk of the Court is directed to serve non-party Tyrin Foster with a copy of this order by mail to the following address: 4607 Rula Court, North Highlands, California, 95660.

4. Moving defendant shall personally serve Tyrin Foster with a copy of this order and file proof of such service.

5. Tyrin Foster is cautioned that a failure to comply with this order could subject him to contempt sanctions pursuant to Federal Rule of Civil Procedure 45(g).

**IT IS SO ORDERED.**

Dated:  April 23, 2025

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8, sae24cv0815.mtc2